| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JANE AND JOHN DOE, *Individually and* §
*as Next Friends of "Son Doe," Minor Son*, §
§
§
Plaintiffs, §
§
*versus* § CIVIL ACTION NO. 1:20-CV-113
§
BRIDGE CITY INDEPENDENT §
SCHOOL DISTRICT, §
§
§
Defendant. §

## ORDER OF DISMISSAL

Consistent with the court's Memorandum and Order (#15), signed August 4, 2020, the claims asserted by Plaintiffs Jane and John Doe, Individually and as Next Friends of "Son Doe," Minor Son, against Defendant Bridge City Independent School District are dismissed with prejudice.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 6th day of August, 2020.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE